FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 3 1 2009

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**UNITED STATES OF AMERICA**

-vs-

**AXAR Systems, LLC**

**Case No.  1:08-CR-173-2-TCB**

**Defendant's Attorney:**
**Jeffrey Brickman and Daniel Griffin**

---

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant plead guilty to Count(s) 1 of the Information.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18 USC §§ 1546 and 371 | Visa Fraud | 1 |

The defendant is sentenced as provided in pages 2 through  5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of **$ 400.00** which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.          n/a
Defendant's Date of Birth:          n/a
Defendant's Mailing Address:
Duluth, Georgia

Date of Imposition of Sentence:  August 27, 2009

Signed this the 31st day of August, 2009.

TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

1:08-CR-173-2-TCB : AXAR Systems, LLC

# PROBATION

The defendant is hereby placed on probation for a term of five years.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

>    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

> X     the above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if appropriate.)

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

>    If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

>    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions of the attached page.

1:08-CR-173-2-TCB : AXAR Systems, LLC

# STANDARD CONDITIONS OF SUPERVISION

1)	the defendant shall not leave the judicial district without the permission of the court or probation office;

2)	the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)	the defendant shall answer truthfully all inquiries by the probation officer and follow the instruction s of the probation officer;

4)	the defendant shall support his or her dependants and meet other family responsibilities;

5)	the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)	the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7)	the defendant shall refrain from excessive use of alcohol;

8)	the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)	the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)	the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer:

11)	the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)	the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)	as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

1:08-CR-173-2-TCB : AXAR Systems, LLC

# FINE

The defendant shall pay a fine of **$ 7,000.**

This fine includes any costs of incarceration and supervision.

This fine (plus any interest required) is due and payable immediately.

If the fine is not paid, the court may sentence this defendant to any sentence which might have been originally imposed.  See 18 USC 3614.

# FORFEITURE

It is ordered that all of the Defendant's right, title and interest in the property identified in the Consent Preliminary Order of Forfeiture dated September 24, 2008, which is hereby incorporated by reference, is forfeited. In addition, a forfeiture money judgment in the amount of $150,000.00 is hereby entered against the Defendant.